# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150721 & (91)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v

LOIS BUTLER-JACKSON,
            Defendant-Appellee.

SC: 150721
COA: 315591
Macomb CC: 2011-003482-FH

_____/

On order of the Court, the application for leave to appeal the November 6, 2014 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Seewald* (Docket No. 150146) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case. The motion to vacate the application is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2015



p0520

Clerk